UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FLAVIO BLADAMIR CHOGLLO CHAFLA,<br><br>    Plaintiff,<br><br>v.<br><br>RODNEY S. SCOTT, et al.,<br><br>    Defendants. | Civil No. 2:25-cv-00437-SDN |

## JUDGMENT

In accordance with the Order entered by U.S. District Judge, Stacey D. Neumann on September 21, 2025, and the subsequent status report filed by Respondents on October 3, 2025;

JUDGMENT is hereby entered for the Petitioner, Flavio Bladamir Chogllo Chafla and against the Respondents.

                                                  ERIC M. STORMS
                                                  ACTING CLERK

Dated: October 21, 2025          By:    /s/ Meghan York
                                                               Deputy Clerk